IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUE MARCELLA HAMBY, | | |
| | Petitioner, | No. CIV S-97-0164 LKK DAD P |
| vs. | | |
| TINA FARMON, | | |
| | Respondent. | |
| _____/ | | |
| ROBERT M. FENENBOCK, | | |
| | Petitioner, | No. CIV S-97-1731 LKK DAD P |
| vs. | | |
| DIRECTOR OF DEPARTMENT OF CORRECTIONS, et al., | | |
| | Respondents. | |
| _____/ | | |
| CHERRI LYNN FRAZIER, | | |
| | Petitioner, | No. CIV S-97-2196 LKK DAD P |
| vs. | | |
| TINA FARMON, | | |
| | Respondent. | |
| _____/ | | |

1

1 | ROBERT LOREN BOND,
2 |       Petitioner,                  No. CIV S-99-2150 LKK DAD P
3 |     vs.
4 | RICHARD A. RIMMER, et al.,
5 |       Respondents.
6 | _____/
7 | BERNARD LEROY MACCARLIE,
8 |       Petitioner,                  No. CIV S-00-1830 LKK DAD P
9 |     vs.
10 | GAIL LEWIS, et al.,
11 |       Respondents.                 ORDER
12 | _____/

Petitioners' January 3, 2005 joint motion for leave to conduct discovery was granted with regard to personnel records pertaining to Dan Kartchner, subject to an *in camera* review of the records. Pursuant to the court's order filed February 8, 2005, Dan Kartchner's Trinity County personnel file has been submitted for review.[1] Having reviewed the file, the undersigned finds no documents relevant to petitioners' allegations regarding Dan Kartchner. IT IS HEREBY ORDERED that the Trinity County Sheriff's Department is not required to transmit to petitioners copies of any documents contained in its personnel records for Dan Kartchner.

DATED: June 9, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hamby5.icrdank

---

[1] Although county counsel's cover letter indicates that a copy of the personnel file has been provided, the file contains original documents. The file begins with a job application received in the Trinity County Personnel Office on March 31, 1980, and concludes with a letter of resignation effective November 30, 1996.