IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

    Petitioner,                    No. CIV S-97-0164 LKK DAD P

    vs.

TINA FARMON,

    Respondent,

                          /

ROBERT MORRIS FENENBOCK,

    Petitioner,                    No. CIV S-97-1731 LKK DAD P

    vs.

DIRECTOR OF DEPARTMENT OF CORRECTIONS, et al.,

    Respondents,

                          /

CHERRI LYNN FRAZIER,

    Petitioner,                    No. CIV S-97-2196 LKK DAD P

    vs.

TINA FARMON,

    Respondent.

                          /

|   |   |   |
|---|---|---|
| 1 | ROBERT LOREN BOND, | |
| 2 | Petitioner, | No. CIV S-99-2150 LKK DAD P |
| 3 | vs. | |
| 4 | RICHARD A. RIMMER, et al., | |
| 5 | Respondents. | |
| 6 | _____/ | |
| 7 | BERNARD LEROY MACCARLIE, | |
| 8 | Petitioner, | No. CIV S-00-1830 LKK DAD P |
| 9 | vs. | |
| 10 | GAIL LEWIS, et al., | |
| 11 | Respondents. | ORDER |
| 12 | _____/ | |

Respondents have requested an extension of time to April 2, 2007, to file replies to petitioners' objections to the magistrate judge's September 11, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondents' February 9, 2007 request for an extension of time to file replies on or before April 2, 2007, is granted in part;

2. Respondents shall file replies on or before March 5, 2007; and

3. Respondents shall direct any request for a further extension of time to the assigned district judge, Senior District Judge Lawrence K. Karlton.

DATED: February 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hamby5.36

2