IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERRI LYNN FRAZIER,

    Petitioner,                   No. CIV S-97-2196 LKK CHS P

    vs.

TINA FARMON,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner Cherri Lynn Frazier is a state prisoner proceeding through counsel with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  On May 21, 2010, findings and recommendations were entered herein recommending that the petition be denied.  Petitioner has requested a 14 day extension of time in which to file objections to the findings and recommendations.  Good cause appearing, petitioner's June 11, 2010 request is granted.

IT IS SO ORDERED.

DATED: June 11, 2010

                                               CHARLENE H. SORRENTINO
                                               UNITED STATES MAGISTRATE JUDGE

1